NO. 07-05-0011-CV



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL B



FEBRUARY 28, 2005



______________________________




ROBERT COLLINS AND J & L BAIL BONDS, APPELLANTS



V.



THE STATE OF TEXAS, APPELLEE




_________________________________



FROM THE COUNTY COURT OF OCHILTREE COUNTY;



NO. 2344; HONORABLE KENNETH RAY DONAHUE, JUDGE



_______________________________



Before JOHNSON, C.J., and QUINN and CAMPBELL, JJ.

MEMORANDUM OPINION


 On January 14, 2005, the clerk of this court received a copy of a Notice of Appeal 
filed on behalf of appellants Robert Collins and J & L Bail Bonds. By letter dated January
14, 2005, the clerk advised counsel for appellants that a filing fee had not been received,
see Tex. R. App. P. 5. The clerk's letter likewise advised that failure to pay the filing fee
may result in dismissal of the appeal. See Tex. R. App. P. 42.3(c). 

 The filing fee has not been paid. Accordingly, this appeal is dismissed. Tex. R. App.
P. 42.3(c).

 James T. Campbell

 Justice





 the Institutional Division of the Texas Department of Criminal Justice on
each case, all periods of confinement to run concurrently. We affirm.

 Appellant's attorney has filed an Anders brief and a motion to withdraw. Anders v.
California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed. 2d 498 (1967). In support of his motion
to withdraw, counsel certifies that he has diligently reviewed the record, and in his opinion,
the record reflects no reversible error upon which an appeal can be predicated. Id. at 744-45. In compliance with High v. State, 573 S.W.2d 807, 813 (Tex.Crim.App. 1978), counsel
has candidly discussed why, under the controlling authorities, there is no error in the trial
court's judgment. Additionally, counsel has certified that he has provided appellant a copy
of the Anders brief and motion to withdraw and appropriately advised appellant of his right
to file a pro se response in this matter. Stafford v. State, 813 S.W.2d 503, 510
(Tex.Crim.App. 1991). The court has also advised appellant of his right to file a pro se
response. Appellant has not favored us with a response. 

 By his Anders brief, counsel raises a ground that could possibly support an appeal,
but concludes the appeal is frivolous. We have reviewed this ground and made an
independent review of the entire record to determine whether there are any arguable
grounds which might support an appeal. See Penson v. Ohio, 488 U.S. 75, 109 S.Ct. 346,
102 L.Ed.2d 300 (1988); Bledsoe v. State, 178 S.W.3d 824 (Tex.Crim.App. 2005). We
have found no such arguable grounds and agree with counsel that the appeal is frivolous.

 Accordingly, counsel's motion to withdraw is hereby granted and the trial court's
orders are affirmed.


 Mackey K. Hancock

 Justice

 


Do not publish.